NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001066
15-MAY-2017
10:10 AM

NO. CAAP-14-0001066

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NATIONAL INTERSTATE INSURANCE COMPANY, INC.,
Plaintiff/Appellee,
v.
SAVIO REINHARDT, WILLIAM CORNELIO, JR.,
Defendants/Appellees,
and
KAWIKA FRANCO, INDIVIDUALLY and AS PERSONAL REPRESENTATIVE FOR
THE ESTATE OF TIARE FRANCO; PEACHES KONG and APPLES ELABAN,
AS NEXT FRIENDS OF LOVELY FRANCO (MINOR); TAUA GLEASON,
AS NEXT FRIEND OF KOLOMANA KONG KANIAUPIO GLEASON and KAULANA
KONG KANIAUPIO GLEASON (MINORS); AND CHERYL RUSSELL,
AS NEXT FRIEND OF JEANNE RUSSELL (MINOR),
Defendants/Intervenors/Appellants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-0387(1))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on March 31, 2017, is hereby corrected as follows:

1. On page 4, in the first line of the fourth paragraph under Section I., the word "the" should be inserted between "of" and "accident" so that as corrected, the text reads: " . . . time of the accident, . . . ."

---

[1] Nakamura, C.J., and Fujise and Reifurth, JJ.

2. On page 5, in the third line under Section II., the word "a" should be inserted between "in" and "boyfriend-girlfriend" so that as corrected, the text reads: " . . . were involved in a boyfriend-girlfriend relationship . . . ."

3. On page 12, in the second line under Section D., the acronym "NICC" is should be corrected to read "NIIC".

4. On page 17, in the fifth line under Section III., the word "thought" should be replaced with "through" so that as corrected, the text reads: " . . . information obtained through its defense . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, May 15, 2017.

FOR THE COURT:

Craig H. Nakamura

Chief Judge